IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00628-LTB

JEREMY PINSON,

    Applicant,

v.

BLAKE DAVIS,

    Respondent.

## ORDER

On August 30, 2012, the United States Court of Appeals for the Tenth Circuit (Tenth Circuit), pursuant to a panel rehearing, affirmed this Court's judgment dismissing the case but ordered the dismissal to be without prejudice. The Tenth Circuit's Mandate issued on October 22, 2012. Accordingly, it is

ORDERED that in accordance with the August 30, 2012 Order entered by the Tenth Circuit, the action is dismissed without prejudice.

DATED at Denver, Colorado, this  24th  day of  October , 2012.

BY THE COURT:


    s/Lewis T. Babcock
    LEWIS T. BABCOCK, Senior Judge
    United States District Court